UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| J. CHRISTOPHER RANDALL | CIVIL ACTION NO. 25-1419 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| TROY E. BAIN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant LTP's Motion to Dismiss, R. Doc. 13, is **GRANTED** and that this civil action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**DONE AND SIGNED** at Shreveport, Louisiana, this 25th day of February, 2026.

_____
**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**